IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| WENDY HANKINS,<br><br>Plaintiff,<br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | No. 1:25-CV-580<br>JUDGE MICHAEL J. TRUNCALE |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING APPLICATION FOR ATTORNEY'S FEES**

Before the Court is the Plaintiff's Unopposed Application for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. [Dkt. 15.] The Commissioner did not file a response. Judge Stetson recommended that the Court grant the Plaintiff's application, and neither party filed objections to her Report and Recommendation. It is therefore

ORDERED that the Report and Recommendation Regarding Attorney Fees is ADOPTED. It is further

ORDERED that the Plaintiff's application for attorney's fees [dkt. 15] is GRANTED and the Commissioner of Social Security shall pay Wendy Hankins, in care of her attorney, Bryan Konoski, an attorney fee in the amount of $7,064.51. This amount includes fees and compensation for 23.6 hours of service at $125.00 per hour, plus an adjustment for increased costs of living consistent with the Consumer Price Index for the relevant time periods, as well as 8.5 paralegal hours at the rate of $120 per hour. The court directs that the award be mailed to Wendy Hankins, in care of her attorney, Bryan Konoski, at his office address, Konoski & Partners, P.C., 180 Tices Lane, Suite 204, Bldg. A, East Brunswick, NJ 08816. It is further

ORDERED that this award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney. If successful at the administrative level, the Plaintiff is granted an extension of sixty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

**SIGNED this 10th day of September, 2026.**

Michael J. Truncale
United States District Judge